UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Case No. 20-09299 |
| ) | Judge Deborah L. Thorne |
| ) | |
| AVA Transportation Group, Inc. ) | Chapter 11 |
| Debtor. ) | |

**ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS
BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)**

The above-referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is ordered as follows:

1. **Status Conference**. The court will hold the status conference required by 11 U.S.C.§1188 on June 11, 2020, at 10:00 a.m., at the United States Bankruptcy Court, 219 South Dearborn Street, Room 613, Chicago, Illinois 60604 or in the event the court is still only hearing matters telephonically, by telephone pursuant to the instructions contained on this court's website. The debtor, counsel for the debtor, and the Subchapter V Trustee must appear in person at the status conference.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is June 13, 2020.

4. **Plan Deadline.**  The deadline to file a plan is July 14, 2020 unless the court extends the deadline for reasons that are attributable to circumstances for which the debtor should not justly be held accountable.

5. **Deadline for 1111(b) election.**  Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 DAYS** after the debtor files a plan.

6. **Service.**  The Clerk of the Bankruptcy Court is directed to serve a copy of this order on the debtor, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 7016-1.

Date:  April 20, 2020

Entered:                                    *Deborah L. Thorne*

_____
United States Bankruptcy Judge
Northern District of Illinois